FROM (TUE)DEC 15 2015 8:55/ST. 8:54/No. 7500000342 P 6

NO. 16,307-2000

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 10:56:34 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 402ND JUDICIAL DISTRICT |
| | § | |
| NATHAN LEE BURNETT | § | WOOD COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Nathan Lee Burnett, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Nathan Lee Burnett.

Respectfully submitted,

SMITH & SMITH LAW FIRM
300 Oak Avenue
Sulphur Springs, TX 75482
Tel: (903) 439-3000
Fax: (903) 439-3110

By:_____
Phil Smith
State Bar No. 18664400
psmith300@hotmail.com
Attorney for Nathan Lee Burnett

## CERTIFICATE OF SERVICE

This is to certify that on December 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Wood County, by facsimile transmission to 903 763 5105.

_____
Phil Smith